# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MUNOZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00976 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR POLYGRAPH EXAMINATION<br><br>[ECF No. 15] |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 23, 2014.[1] He names Correctional Officer Munoz as Defendant.

On July 13, 2015, Plaintiff filed the instant motion seeking a polygraph examination. Plaintiff seeks polygraph examinations of staff members concerning a battery which took place in 2013, and in which Plaintiff claims he was a victim. Section 3293 of Title 15, cited to by Plaintiff, provides for the administration of a polygraph exam by prison officials during the course of a prison investigation. Cal.Code Regs., tit. 15 § 3293 (2015). The section has no applicability to this civil suit in federal court. There is no entitlement to the administration of polygraph examinations in this action.

///

---

[1] On July 24, 2014, Plaintiff consented to the jurisdiction of the Magistrate Judge.

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for polygraph examination is DENIED.

IT IS SO ORDERED.

Dated: __July 17, 2015__              /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE