UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>MUNOZ,<br><br>          Defendant. | 1:14-cv-00976-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PRODUCE EXHIBITS<br>(ECF NO. 25) |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 11, 2016, Magistrate Judge Sandra M. Snyder[1] entered an order dismissing the case for failure to state a claim.  (ECF No. 19).  On May 26, 2016, Plaintiff filed a notice of appeal.  (ECF No. 21).

On January 27, 2017, Plaintiff filed a "motion to produce exhibit's [sic] to the courts under Local Rule 138(d)."  (ECF No. 25).  Plaintiff asks the Court for permission to show proof of his attempt at exhausting his administrative remedies.  Plaintiff's motion will be denied.  Plaintiff's case has already been dismissed, and it was dismissed for failure to state a claim, not failure to exhaust.  Therefore, there is no need for Plaintiff to submit exhibits to the Court regarding the issue of exhaustion.

---

[1] The undersigned was assigned this case on January 30, 2017.

1

Accordingly, IT IS ORDERED that Plaintiff's "motion to produce exhibit's [sic] to the courts under Local Rule 138(d)" is DENIED.

IT IS SO ORDERED.

Dated:   **January 30, 2017**                       /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE