UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>ALVAREZ,<br><br>    Defendant. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON<br><br>(ECF NO. 39)<br><br>THIRTY-DAY DEADLINE |

Guillermo Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

Defendant executed a waiver of service of summons and has failed to file a responsive pleading within the time period laid out in the waiver. (ECF No. 39).

To date, Plaintiff has not moved for a default judgment or otherwise attempted to prosecute this case since Defendant's failure to file a responsive pleading.

Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed, without prejudice, for failure to prosecute.

The Court notes that if Plaintiff begins going through the appropriate procedure to get a default judgment (see Fed. R. Civ. P. 55), the Court will vacate this order to show cause.

1

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed, without prejudice, for failure to prosecute; and

2. The Clerk of Court is directed to send a copy of this order to Senior Assistant Attorney General Monica Anderson.

IT IS SO ORDERED.

Dated: **August 28, 2018**       /s/ Erwin P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE