IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUILLERMO CRUZ TRUJILLO,**<br><br>Plaintiff,<br><br>v.<br><br>**ALVAREZ,**<br><br>Defendant. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME, NUNC PRO TUNC, TO FILE RESPONSIVE PLEADING**<br><br>**(ECF NOS. 41 & 42)** |

On August 31, 2018, Defendant filed a request for a 35-day *nunc pro tunc* extension of time, up to and including September 21, 2018, to file a responsive pleading. (ECF No. 42).

Good cause having been shown, IT IS ORDERED that Defendant is granted an extension of time, up to and including September 21, 2018, to file his responsive pleading.

As Defendant has until September 21, 2018, to file his responsive pleading, the Order to Show Cause dated August 28, 2018 (ECF No. 41), is DISCHARGED.

IT IS SO ORDERED.

Dated: __**August 31, 2018**__        /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1