UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVAREZ,<br><br>    Defendant. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE ORDER SETTING AN INITIAL SCHEDULING CONFERENCE AND REQUIRING INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENTS (ECF NO. 47) |

    Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 4, 2019, the Court attempted to hold an initial scheduling conference. Plaintiff telephonically appeared on his own behalf. Counsel Lucas Hennes telephonically appeared on behalf of Defendant.

    Due to Plaintiff's non-compliance with the Court's order setting an initial scheduling conference and requiring initial disclosures and scheduling conference statements, the Court did not hold the initial scheduling conference.

    For the reasons stated on the record, IT IS ORDERED that:[1]

    1. The Clerk of Court is directed to send Plaintiff a copy of the order setting an

---

[1] To the extent Plaintiff has already complied with this order, he does not need to do so again.

1

initial scheduling conference and requiring initial disclosures and scheduling conference statements (ECF No. 47).

2. Plaintiff has until March 4, 2019, to provide Defendant with his initial disclosures. Failure to comply with this order may result in the dismissal of Plaintiff's case.

3. Plaintiff has until April 24, 2019, to file a scheduling conference statement. Failure to comply with this order may result in the dismissal of Plaintiff's case.

4. Plaintiff has until March 4, 2019, to serve Defendant with the relevant 602, as well as all relevant documents related to exhaustion of administrative remedies as to the claim proceeding in this case. Plaintiff does not to provide documents he has already provided, or documents provided to him by Defendant. Failure to comply with this order may result in the dismissal of Plaintiff's case.

5. No later than April 24, 2019, Defendant shall file a supplemental scheduling conference statement. The statement shall indicate whether Plaintiff served Defendant with his initial disclosures, as well as Defendant's position on exhaustion of administrative remedies.

6. The initial scheduling conference is continued to May 8, 2019, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 12, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE