UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>MUNOZ and ALVAREZ,<br><br>    Defendants. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER FOLLOWING CONTINUED INITIAL SCHEDULING CONFERENCE<br><br>(ECF NOS. 55, 56, & 61) |

      Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 8, 2019, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Lucas Hennes telephonically appeared on behalf of defendant Alvarez. Counsel James Mathison telephonically appeared on behalf of defendants Alverez and Munoz in related case 1:14-cv-01215, which has now been consolidated with this case (ECF No. 65).

      For the reasons stated on the record, IT IS ORDERED that:

      1. The deadlines set in Case No. 1:14-cv-01215, ECF No. 58, are VACATED. Discovery is stayed pending the ruling on Defendants' motion for summary judgment (ECF No. 70). If the motion for summary judgment is denied in whole or in part, or if the Court determines that an evidentiary hearing is

necessary, the Court will reset the Scheduling Conference.

2. Plaintiff's motions to compel (ECF No. 61) are DENIED without prejudice.

3. Plaintiff's motion for permission to start discovery (ECF No. 56) is DENIED without prejudice.

4. Plaintiff's "Motion and Motion to Attached Grievances and Other Exhibits Under Fed. R. Civ. P 10(c)" (ECF No. 55) is GRANTED in part. The motion is granted insofar as the Court will consider the attached documents to have been served on Defendants. Additionally, the motion is granted insofar as the Court will consider the motion and attached documents when considering the motion for summary judgment (ECF No. 70).

5. Plaintiff's motion for appointment of counsel (ECF No. 61, pgs. 8-9) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **May 9, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE