# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>MUNOZ and ALVAREZ,<br><br>  Defendants. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY, WITHOUT PREJUDICE<br><br>(ECF NO. 77) |

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2019, Plaintiff filed a motion to compel discovery. (ECF No. 77). While titled a motion to compel discovery, Plaintiff actually asks for a copy of the complaint dated April 27, 2018, because his copy was lost or destroyed during a recent transfer.

As there is no complaint dated April 27, 2018 (or any date in March, April, or May of 2018), Plaintiff's motion will be denied. However, Plaintiff may refile the motion if he can identify the complaint he is seeking.

Accordingly, IT IS ORDERED that Plaintiff's motion to compel discovery is DENIED without prejudice.
IT IS SO ORDERED.

Dated:  **June 5, 2019**                     /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

1