1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10   EASTERN DISTRICT OF CALIFORNIA

11

| GUILLERMO CRUZ TRUJILLO, | Case No. 1:14-cv-00976-LJO-EPG (PC) |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ATTENDANCE OF INCERCERATED WITNESSES WITHOUT PREJUDICE |
| v. | (ECF NO. 87) |
| MUNOZ and ALVAREZ, | |
| Defendants. | |

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 9, 2019, Plaintiff filed a motion for attendance of incarcerated witnesses. (ECF No. 87). Plaintiff asks for the attendance of two witnesses at trial.

Plaintiff's motion will be denied, without prejudice. As the Court informed Plaintiff, a motion for attendance of incarcerated witnesses who agree to testify voluntarily "must: (1) state the name, address, and prison identification number of each such witness; and (2) be accompanied by declarations showing that each witness is willing to testify and that each witness has actual knowledge of relevant facts." (ECF No. 86, p. 6). Plaintiff provided the name and prison identification number of each witness, and it appears that he provided a statement that each witness is willing to testify voluntarily. However, Plaintiff did not provide a declaration showing

1

that each witness has actual knowledge of relevant facts. In fact, Plaintiff provided no information regarding the subject of each witnesses' testimony.

Moreover, Plaintiff filed the motion before the dispositive motion deadline, and while non-expert discovery is ongoing. The Court will not rule on a motion for attendance of incarcerated witnesses this early in the case.

Accordingly, IT IS ORDERED that Plaintiff's motion for attendance of incarcerated witnesses is DENIED without prejudice. If Plaintiff chooses to refile the motion, the earliest he should file it is ninety days before the Telephonic Trial Confirmation Hearing, which is currently scheduled for January 7, 2021.

IT IS SO ORDERED.

Dated: __**September 11, 2019**__            ___/s/_____

UNITED STATES MAGISTRATE JUDGE