UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>MUNOZ and ALVAREZ,<br><br>Defendants. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER RE: SUBPOENAS SUBMITTED BY PLAINTIFF<br><br>(ECF NO. 98) |

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 2, 2019, Plaintiff filed two subpoenas. (ECF No. 98). The subpoenas were submitted without an accompanying motion. It is not clear why the information is being requested, and whether it is unavailable from the parties in this case.

As the Court told Plaintiff previously:

> With the Court's permission, Plaintiff may serve third party subpoenas, including on the California Department of Corrections and Rehabilitation and/or the Office of the Inspector General, if Plaintiff seeks documents from entities that are not presently defendants in this case. To issue a subpoena on these entities, or any other third parties, Plaintiff must file a request for the issuance of a subpoena *duces tecum* with the Court. If the Court approves the request, it may issue Plaintiff a subpoena *duces tecum*, commanding the production of documents from a non-party, and may command service of the subpoena by the

1

United States Marshals Service. Fed. R. Civ. P. 45; 28 U.S.C. 1915(d). However, the Court will consider granting such a request *only if* the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendant(s) through a Rule 34 request for production of documents. In any request for a subpoena, Plaintiff must: (1) identify with specificity the documents sought and from whom; and (2) make a showing in the request that the records are only obtainable through a third party. The documents requested must also fall within the scope of discovery allowed in this action. *See* Fed. R. Civ. P. 26(b)(1).

(ECF No. 86, pgs. 3-4).

Plaintiff failed to make a showing that the documents he is seeking are only available through third parties, rather than through a request on defendants. Additionally, Plaintiff failed to provide any explanation regarding the relevance to this case of the documents he is requesting.

Accordingly, the Court will not issue the subpoenas. Plaintiff may file a request for third party subpoenas following the instructions listed above if he wishes to pursue the subpoenas.

IT IS SO ORDERED.

Dated: **October 7, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE