| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>MUNOZ and ALVAREZ,<br><br>    Defendants. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(ECF NO. 100) |

    Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On October 23, 2019, Plaintiff filed a "dispositive motion" (ECF No. 100), which the Court construes as a motion for summary judgment. Plaintiff asks for summary judgment on the issue of exhaustion.

    Plaintiff's motion will be denied because Defendants already moved for summary judgment on the issue of exhaustion (ECF No. 70), and their motion was denied (ECF No. 82). Therefore, the issue of exhaustion has already been decided in Plaintiff's favor, and Plaintiff's motion is moot.

1

Accordingly, IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 28, 2019**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE