UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CRUZ TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>MUNOZ and ALVAREZ,<br><br>Defendants. | Case No. 1:14-cv-00976-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES<br><br>(ECF NO. 105) |

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 7, 2019, Plaintiff filed a motion for attendance of incarcerated witnesses at Court hearings. (ECF No. 105).

Plaintiff does not list the names or California Department of Corrections and Rehabilitation numbers for any witnesses. Additionally, Plaintiff does not explain why he needs incarcerated witnesses "to attend all future Court hearings." Accordingly, IT IS ORDERED that Plaintiff's motion for attendance of incarcerated witnesses is DENIED.

IT IS SO ORDERED.

Dated: **November 13, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1