UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUILLERMO CRUZ TRUJILLO,

          Plaintiff,

    v.

MUNOZ and ALVAREZ,

          Defendants.

Case No. 1:14-cv-00976-LJO-EPG (PC)

ORDER DENYING PLAINTIFF'S MOTION REQUESTING THE COURT TO PROVIDE SUBPOENA DUCES TECUM

(ECF NO. 106)

Guillermo Cruz Trujillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 7, 2019, Plaintiff filed a motion requesting the issuance of a subpoena *duces tecum*. (ECF No. 106).

Despite being informed by the Court of the showing he must make for the Court to grant a motion for the issuance of a subpoena *duces tecum*, Plaintiff's motion does not specify the person or entity he is seeking documents and electronically stored information from, or the documents and electronically stored information he is seeking.

Accordingly, IT IS ORDERED that Plaintiff's motion requesting the Court to provide a subpoena *duces tecum* is DENIED.

IT IS SO ORDERED.

Dated:   **November 13, 2019**          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1